1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10   JULIUS D. HUMPHREY, SR.,              )        1:06-CV-1064 OWW WMW HC
                                           )
11           Petitioner,                   )
                                           )        ORDER GRANTING EXTENSION OF
12       v.                                )        TIME NUNC PRO TUNC
                                           )
13   B. CURRY, Warden,                     )        (DOCUMENT #11)
                                           )
14           Respondent.                   )
     _____)
15

16

17           Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

18   § 2254.  On June 20, 2007, respondent filed a motion for modification of briefing schedule to extend

19   time to file its motion to dismiss.  Inasmuch as respondent  filed the motion to dismiss concurrently on

20   June 20, 2007, and good cause having been presented to the court,  IT IS HEREBY ORDERED that:

21           Respondent's  motion to extend time is GRANTED nunc pro tunc.

22

23   IT IS SO ORDERED.

     **Dated:      August 1, 2007**                    /s/  **William M. Wunderlich**
24                                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28